1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA

10  HAND AND NAIL HARMONY, INC., et al.    CASE NO:
11         Plaintiff(s),                   8:15−cv−02105−CJC−JCG
12     v.                                  **SCHEDULING ORDER**
13  TEXAS NAILS & BEAUTY SUPPLY, et al.
14
15         Defendant(s).
16
17
18
19     The Court, having reviewed the pleadings and the parties' submissions
20  pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:
21     [1] All discovery, including discovery motions, shall be completed by
22  January 19, 2017. Discovery motions must be filed and heard prior to this date.
23     [2] The parties shall have until March 20, 2017 to file and have heard all
24  other motions, including motions to join or amend the pleadings.
25     [3] A pretrial conference will be held on **Monday, April 17, 2017**
26  **at 03:00 PM**. Full compliance with Local Rule 16 is required.
27     [4] The case is set for a **jury trial, Tuesday, April 25, 2017 at 08:30 AM.**
28  ///

[5]  The parties are referred to ADR Procedure No. 2 – Court Mediation Panel. The parties shall have until February 14, 2017 to conduct settlement proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: July 28, 2016

_____
Cormac J. Carney
United States District Judge

cc: ADR OFFICE