JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HAND & NAIL HARMONY, INC., NAIL ALLIANCE, LLC, and NAIL ALLIANCE-ARTISTIC, INC., <br><br>Plaintiffs, <br><br>v. <br><br>TEXAS NAILS & BEAUTY SUPPLY, TONY LEE, DOOR TO DOOR NAIL SUPPLY, NAIL SUPPLY, INC., SALON SUPPLY STORE, and DOES 1 through 30, inclusive, <br><br>Defendants. | Case No.: SACV 15-02105-CJC(JCGx) <br><br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs Hand & Nail Harmony, Inc., Nail Alliance, LLC, and Nail Alliance-Artistic, Inc., and against Defendants Texas Nails & Beauty Supply and Tony Lee (the "Remaining Defendants")

in accordance with the terms of the Court's Order granting Plaintiffs' motion for default judgment. The court AWARDS Plaintiffs $37,500 in statutory damages, $2,850 in attorneys' fees, and post-judgment interest, if necessary, to the extent permitted by 28 U.S.C. § 1961.

IT IS FURTHER ORDERED that:

(a) The Remaining Defendants, their officers, agents, servants, employees, and attorneys, and all other persons acting in concert and participating with any of the foregoing, including any successor in interest or future owners of the Remaining Defendants, who receive actual notice of this Order, are restrained and enjoined from:

1. Copying, publishing, reproducing, or otherwise using any of Plaintiffs' copyrighted works, including but not limited to Copyright Registration Nos. VA0001864773, VA0001874516, VA0001880109, VA0001880668, VA0001880698, VA0001880728, VA0001880730 to VA0001880731, VA0001880735 to VA0001880736, VA0001880740, VA0001880742, VA0001880744, VA0001880745, VA0001880747, VA0001880748, VA0001880751, VA0001880769, and VA0001904372, colorable imitations of Plaintiffs' copyrighted works, or any work of art substantially similar thereto;

2. Reproducing, adopting, or otherwise using any of Plaintiffs' trademarks, including but not limited to the GELISH® marks (Registration Nos. 4,096,115, 3857,946), HAND & NAIL HARMONY® marks (Registration Nos. 3,750,701, 4,013,304), VITAGEL® marks (Registration Nos. 4,318,850, 4,318,869, 4,511,405), 18G® (Registration No. 4,206,100), and the ARTISTIC COLOUR GLOSS® marks (Registration Nos. 4,222,432, 4,222,433) (collectively, the "Harmony Marks"), in association with advertising,

      marketing, promoting, selling, offering for sale, designing, creating, manufacturing, distributing, delivering, or shipping of products that are not authentic products or have identification codes removed, or where the Remaining Defendants do not provide the same products as an authorized distributor;

3. Engaging in unfair competition by (a) failing to disclose to consumers, including but not limited to consumers visiting www.tonynail.net or any website owned or controlled by the Remaining Defendants, that (i) the Remaining Defendants are not authorized distributors of Plaintiffs, (ii) the Remaining Defendants are selling diverted products, or (iii) any warranty protection, quality control or customer support offered by Plaintiffs are not available to such consumers, or (b) not complying with all federal packaging requirements under the Hazardous Materials Transportation Act of 1975 as amended (49 U.S.C. §§ 50101 *et seq.*);

4. Using any false designation of origin, false description or representation, or any other thing calculated or likely to cause confusion or mistake in the mind of the trade or public or to deceive the trade or public into believing that the Remaining Defendants' activities are in any way sponsored, licensed, endorsed, authorized, affiliated, or connected with and/or originated from Plaintiffs; and

5. Facilitating, inducing, assisting, aiding, abetting, or supplying the means for any other person or business entity to engage in or perform any of the activities referred to in the above subparagraphs (1) through (4), or effecting any assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (1) through (4).

(b) The Remaining Defendants must account for and deliver up for destruction, in accordance with § 36 of the Federal Trademark Act, 15 U.S.C. § 1118 and California's Unfair Competition Law (Bus. & Prof. Code §§ 17200 *et seq.*), all goods bearing one or more Harmony Marks in their possession, custody, or control that include altered, obstructed, removed, or otherwise modified identification codes in violation of California Penal Code § 537e.

DATED: February 28, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE